JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.  **CV 12-03813-MWF (VBKx)**　　　　　　　Date:  **August 16, 2012**

Title:　　Raul Aguayo, et al. -*v*- Countrywide KB Home Loans, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:　　ATTORNEYS PRESENT FOR DEFENDANTS:

None Present　　　　　　　　　　　　　　　　None Present

PROCEEDINGS (IN CHAMBERS):  ORDER DISMISSING ACTION WITH PREJUDICE

　　On July 16, 2012, the Court granted Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) and Motion to Expunge Lis Pendens.  (Docket No. 13). Plaintiffs Raul and Lucila Aguayo had not filed any opposition.

　　The Court permitted the Aguayos to file an amended complaint within 14 days and warned that "[f]iling the amended complaint late – by even one day – will result in automatic dismissal of this action with prejudice."

　　The deadline for the Aguayos to file an amended complaint was July 30, 2012.  The Aguayos to date have not filed an amended complaint.

　　Accordingly, this action is DISMISSED WITH PREJUDICE.

　　The lis pendens the Aguayos recorded in the Los Angeles County Recorder's Office on October 28, 2011, as Instrument Number 20111461443 is EXPUNGED.

　　IT IS SO ORDERED.

---